**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JOHNNY WHITE, IV, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ARCH 94, LLC, ) <br> ) <br> Defendant. ) | Case No. 4:25-cv-01091-MTS |

### MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis. Doc. [2]. Upon review of Plaintiff's financial declaration, made under penalty of perjury, the Court has determined that Plaintiff qualifies to proceed in forma pauperis; therefore, the Court will grant the Motion. *See* 28 U.S.C. § 1915(a). Should this action lead to a monetary settlement or award, including a monetary settlement or award only of fees or costs, in an amount equal to or greater than the filing fee, Plaintiff must, within fifteen days of the receipt of the settlement or award, reimburse the filing fee to the Clerk of Court. *See, e.g.*, *White v. Huang*, 4:23-cv-00317-MTS, 2023 WL 2524974, at *1 (E.D. Mo. Mar. 15, 2023); *James v. City of New York*, 1:15-cv-01161-VMS, 2015 WL 1285979, at *3 (E.D.N.Y. Mar. 20, 2015); *Summerlot v. Astrue*, 3:08-cv-00437-CAN, 2008 WL 4493303, at *2 (N.D. Ind. Oct. 1, 2008); *Allen v. Kelley*, 3:91-cv-01635-VRW, 1995 WL 396860, at *1 (N.D. Cal. June 29, 1995).

In addition, the Court declines to order the United States Marshals Service to effect service on Defendant Arch 94, LLC. Instead, the Court specially appoints White's

counsel, Ms. Michelle Funkenbusch, as an officer of the Court, to effect service. *See White v. Ayush One LLC*, 4:23-cv-00445-SRC, 2023 WL 3177808, at *1 (E.D. Mo. May 1, 2023) (appointing plaintiff's counsel to effect service); *see also* Fed. R. Civ. P. 4(c)(2) ("Any person who is at least 18 years old and not a party may serve a summons and complaint.").* Section 1915(d) of Title 28 states that, in cases where plaintiffs proceed in forma pauperis, "[t]he officers of the court shall issue and serve all process." 28 U.S.C. § 1915(d). An attorney is an officer of the court. *Maracich v. Spears*, 570 U.S. 48, 62–63 (2013) (describing an attorney as "an officer of the court" in the context of the attorney's "professional responsibilities" and the "proper conduct of litigation"); *see also Officer of the Court*, Black's Law Dictionary (12th ed. 2024). Further, Rule 4 of the Federal Rules of Civil Procedure provides that "the court may order that service be made . . . by a person specially appointed by the court" and that the district court "must so order" if it authorizes the plaintiff to proceed in forma pauperis under 28 U.S.C. § 1915. Fed. R. Civ. P. 4(c)(3); *see also James*, 2015 WL 1285979, at *2–3.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed in Forma Pauperis, Doc. [2], is **GRANTED**.

**IT IS FURTHER ORDERED** that Ms. Funkenbusch is **APPOINTED** to effect service in this action on Defendant.

---

* Ms. Funkenbusch may hire a process server, but she may not bill the costs to Plaintiff unless he receives a monetary settlement or award that, after repayment of the filing fee, is equal to or greater than the cost of the process server.

- 3 -

**IT IS FINALLY ORDERED** that if this action leads to a monetary settlement or award, including a monetary settlement or award only of fees or costs, in an amount equal to or greater than the filing fee, Plaintiff must, within **fifteen days** of the receipt of the settlement or award, reimburse the filing fee to the Clerk of Court.

Dated this 7th day of August 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE