UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHNNY WHITE, IV, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:25-cv-01091-MTS |
| ARCH 94, LLC, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file. Pursuant to Federal Rule of Civil Procedure 4(m), if a defendant is not served within ninety days after the complaint is filed, the Court "must dismiss the action without prejudice against that defendant" or "order that service be made within a specified time." Fed. R. Civ. P. 4(m). Plaintiff filed this action ninety days ago, but there is no indication in the record of service having been completed, *see id.* at 4(*l*)(1), nor an indication that Defendant has agreed to waive service, *see id.* at 4(d)(4). For that reason, the Court will order that service be made within a specified time. *See id.* at 4(m).

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **Monday**, **November 03, 2025**, Plaintiff must serve Defendant and file proof of service or file Defendant's signed waiver of service. Failure to do so will result in the dismissal of this action without prejudice pursuant to Rule 4(m).

Dated this 23rd day of October 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE